B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shrimpboat Restaurant, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-8853468** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1201 Beck Ave.**<br>**Panama City, FL**<br>ZIP Code **32401** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bay** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 15307**<br>**Panama City, FL**<br>ZIP Code **32406** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(04/13) | Page 2 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Shrimpboat Restaurant, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Shrimpboat Restaurant, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ John E. Venn, Jr.**
Signature of Attorney for Debtor(s)

**John E. Venn, Jr. 184992**
Printed Name of Attorney for Debtor(s)

**John E. Venn, Jr., P.A.**
Firm Name

**220 W. Garden St.**
**Suite 603**
**Pensacola, FL 32502**
Address

**Email: johnevennjrpa@aol.com**
**(850) 438-0005  Fax: (850) 438-1881**
Telephone Number

**July 11, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ William Loren Smith**
Signature of Authorized Individual

**William Loren Smith**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 11, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re **Shrimpboat Restaurant, Inc.**                                    Case No.
                                            Debtor(s)                    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Advantage Audio Visual**<br>**5830 McAllister Ave.**<br>**P. O. Box 10597**<br>**Pensacola, FL 32524** | **Advantage Audio Visual**<br>**5830 McAllister Ave.**<br>**P. O. Box 10597**<br>**Pensacola, FL 32524** | **Trade debt** | | **328.20** |
| **Barron & Redding**<br>**220 McKenzie Ave.**<br>**Panama City, FL 32401** | **Barron & Redding**<br>**220 McKenzie Ave.**<br>**Panama City, FL 32401** | **Legal fees** | | **24,731.68** |
| **Beach Radio, Inc.**<br>**WBPC-FM Beach 95.1**<br>**700 West 23rd St., E40**<br>**Panama City, FL 32405** | **Beach Radio, Inc.**<br>**WBPC-FM Beach 95.1**<br>**700 West 23rd St., E40**<br>**Panama City, FL 32405** | **Advertising** | | **5,000.00** |
| **BHT Grease Trap Services**<br>**P. O. Box 1596**<br>**Birmingham, AL 35201** | **BHT Grease Trap Services**<br>**P. O. Box 1596**<br>**Birmingham, AL 35201** | **Trade debt** | **Contingent** | **800.00** |
| **Bob Brown RWB Electric**<br>**9502 Clarence St.**<br>**Panama City, FL 32408** | **Bob Brown RWB Electric**<br>**9502 Clarence St.**<br>**Panama City, FL 32408** | **Trade debt** | | **1,037.51** |
| **Carr, Riggs, Ingram**<br>**2583 Huntcliff Lane**<br>**Panama City, FL 32405** | **Carr, Riggs, Ingram**<br>**2583 Huntcliff Lane**<br>**Panama City, FL 32405** | **Accounting services** | | **4,273.36** |
| **Cheney Brothers**<br>**2801 W. Silver Springs Blvd.**<br>**Ocala, FL 34475** | **Cheney Brothers**<br>**2801 W. Silver Springs Blvd.**<br>**Ocala, FL 34475** | **Trade debt** | | **936.46** |
| **Clear Channel Radio**<br>**P. O. Box 402556**<br>**Atlanta, GA 30384** | **Clear Channel Radio**<br>**P. O. Box 402556**<br>**Atlanta, GA 30384** | **Trade debt** | | **1,381.00** |
| **Comcast Spotlight Panama City**<br>**P. O. Box 60215**<br>**Charlotte, NC 28260** | **Comcast Spotlight Panama City**<br>**P. O. Box 60215**<br>**Charlotte, NC 28260** | **Trade debt** | | **4,624.00** |
| **Dade Paper & Bag Co.**<br>**P. O. Box 1180**<br>**Loxley, AL 36551** | **Dade Paper & Bag Co.**<br>**P. O. Box 1180**<br>**Loxley, AL 36551** | **Trade debt** | | **557.14** |
| **Deaton Communications**<br>**1128 North Hickory Ave.**<br>**Panama City, FL 32401** | **Deaton Communications**<br>**1128 North Hickory Ave.**<br>**Panama City, FL 32401** | **Trade debt** | | **713.74** |

B4 (Official Form 4) (12/07) - Cont.

In re **Shrimpboat Restaurant, Inc.**  
           Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Douglas Dykes Syfrett & Dykes** 311 Magnolia Ave. Panama City, FL 32401 | **Douglas Dykes Syfrett & Dykes** 311 Magnolia Ave. Panama City, FL 32401 | **Legal services** | | 2,126.56 |
| **Harris Business Machines** 485 Harrison Ave. Panama City, FL 32401 | **Harris Business Machines** 485 Harrison Ave. Panama City, FL 32401 | **Trade debt** | | 1,991.16 |
| **Inacomp** 2424 Jenks Ave. Panama City, FL 32405 | **Inacomp** 2424 Jenks Ave. Panama City, FL 32405 | **Trade debt** | | 552.75 |
| **LocalEdge** 61 John Muir Buffalo, NY 14228 | **LocalEdge** 61 John Muir Buffalo, NY 14228 | **Advertising** | **Disputed** | 7,940.72 |
| **Magic Broadcasting** 7106 Laird St., Ste. 102 Panama City, FL 32408 | **Magic Broadcasting** 7106 Laird St., Ste. 102 Panama City, FL 32408 | **Trade debt** | | 1,040.00 |
| **Royal Flush Plumbing Services** 1736 Bayview Ave. Panama City, FL 32405 | **Royal Flush Plumbing Services** 1736 Bayview Ave. Panama City, FL 32405 | **Trade debt** | | 1,951.89 |
| **Segers, Sowell, Stewart, Johnson** P. O. Box 2346 Panama City, FL 32406 | **Segers, Sowell, Stewart, Johnson** P. O. Box 2346 Panama City, FL 32406 | **Trade debt** | | 27,578.18 |
| **Southern Resort Publications** 1615 Bay Mist Dr. Gulf Breeze, FL 32563 | **Southern Resort Publications** 1615 Bay Mist Dr. Gulf Breeze, FL 32563 | **Trade debt** | | 821.44 |
| **US Food Service** P. O. Box 405873 Atlanta, GA 30384 | **US Food Service** P. O. Box 405873 Atlanta, GA 30384 | **Trade debt** | | 100,990.25 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 11, 2014**      Signature **/s/ William Loren Smith**  
                                                 **William Loren Smith**  
                                                 **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Florida

In re   **Shrimpboat Restaurant, Inc.**                                  ,   Case No. _____

                               Debtor

                                                                             Chapter                **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William Loren Smith**<br>**3411 West 15th Ave.**<br>**Panama City, FL 32401** | | **100** | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 11, 2014**                        Signature   **/s/ William Loren Smith**
                                                            **William Loren Smith**
                                                            **President**

   *Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                      18 U.S.C §§  152 and 3571.

  **0**    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Florida

In re  **Shrimpboat Restaurant, Inc.**　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 11, 2014**　　　　　　　　　**/s/ William Loren Smith**
　　　　　　　　　　　　　　　　　　　　**William Loren Smith**/**President**
　　　　　　　　　　　　　　　　　　　　Signer/Title

Shrimpboat Restaurant, Inc.
P. O. Box 15307
Panama City, FL 32406


John E. Venn, Jr.
John E. Venn, Jr., P.A.
220 W. Garden St.
Suite 603
Pensacola, FL 32502


Office of U.S. Trustee
110 E. Park Ave.
Suite 128
Tallahassee, FL 32301


A&J Holdings, LLC
3442 Francis Rd.
Suite 160
Alpharetta, GA 30004


Advantage Audio Visual
5830 McAllister Ave.
P. O. Box 10597
Pensacola, FL 32524


Ameris Bank
225 South Main St.
Moultrie, GA 31768


Anita Smith
3411 West 15th St.
Panama City, FL 32401


Axiom Construction Group, LLC
225 Main St., Ste. 3
Destin, FL 32551

Shrimpboat Restaurant, Inc. -

Axiom Development/
St Andrews Harbor Village, LLC
225 Main St., Ste. 3
Destin, FL 32551

Barron & Redding
220 McKenzie Ave.
Panama City, FL 32401

Bay County Tax Collector
P. O. Box 2285
Panama City, FL 32402

Beach Radio, Inc.
WBPC-FM Beach 95.1
700 West 23rd St., E40
Panama City, FL 32405

BHT Grease Trap Services
P. O. Box 1596
Birmingham, AL 35201

Bob Brown RWB Electric
9502 Clarence St.
Panama City, FL 32408

Carr, Riggs, Ingram
2583 Huntcliff Lane
Panama City, FL 32405

Cheney Brothers
2801 W. Silver Springs Blvd.
Ocala, FL 34475

Christian P. George
Aleksas A. Barauskas
50 North Laura St., Ste. 3100
Jacksonville, FL 32202

Shrimpboat Restaurant, Inc. -

Clear Channel Radio
P. O. Box 402556
Atlanta, GA 30384


Comcast Spotlight Panama City
P. O. Box 60215
Charlotte, NC 28260


Dade Paper & Bag Co.
P. O. Box 1180
Loxley, AL 36551


Deaton Communications
1128 North Hickory Ave.
Panama City, FL 32401


Douglas Dykes Syfrett & Dykes
311 Magnolia Ave.
Panama City, FL 32401


Garlick Environmental Associates
P. O. Box 385
48 Avenue D
Apalachicola, FL 32329


Glenn Taylor
2426 Rollins Ave.
Panama City, FL 32405


Harris Business Machines
485 Harrison Ave.
Panama City, FL 32401


Inacomp
2424 Jenks Ave.
Panama City, FL 32405

Shrimpboat Restaurant, Inc. -

J. Nixon Daniel, III
P. O. Box 12950
Pensacola, FL 32591

LocalEdge
61 John Muir
Buffalo, NY 14228

Magic Broadcasting
7106 Laird St., Ste. 102
Panama City, FL 32408

Omnicon, LLC
180 Poinciana Blvd.
Suite 5
Destin, FL 32550

Pompano Ventures, Inc.
P. O. Box 15307
Panama City, FL 32406

Richard D. Ahlquist
4509 Bee Ridge Rd., Unit D
Sarasota, FL 34233

Royal Flush Plumbing Services
1736 Bayview Ave.
Panama City, FL 32405

Segers, Sowell, Stewart, Johnson
P. O. Box 2346
Panama City, FL 32406

Smiths' Incorporated
P. O. Box 15307
Panama City, FL 32406

Shrimpboat Restaurant, Inc. -


Southern Resort Publications
1615 Bay Mist Dr.
Gulf Breeze, FL 32563


St. Andrews Harbor Village, LLC
P. O. Box 15307
Panama City, FL 32406


US Food Service
P. O. Box 405873
Atlanta, GA 30384


White Directory Publishers
P. O. Box 5168
Buffalo, NY 14240


William Loren Smith
3411 West 15th St.
Panama City, FL 32401

# United States Bankruptcy Court
**Northern District of Florida**

In re  **Shrimpboat Restaurant, Inc.**  Case No.
Debtor(s)  Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Shrimpboat Restaurant, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 11, 2014** | **/s/ John E. Venn, Jr.** |
| Date | **John E. Venn, Jr. 184992** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Shrimpboat Restaurant, Inc.** |
| | **John E. Venn, Jr., P.A.** |
| | **220 W. Garden St.** |
| | **Suite 603** |
| | **Pensacola, FL 32502** |
| | **(850) 438-0005 Fax:(850) 438-1881** |
| | **johnevennjrpa@aol.com** |